No. 98–9894. KALLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9896. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9897. McGEE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9898. MARK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9899. WALTON v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9900. WOODS v. KLINGLER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–9901. VIG v. UNITED STATES; and
No. 98–9902. VIG v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 167 F. 3d 443.

No. 98–9904. STEWART v. STUBBLEFIELD, SUPERINTENDENT, EASTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–9905. WILKERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9906. ROBERTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9907. BEGHTEL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9909. BAUTISTA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9910. AMEZCUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9911. BLEAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.